# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2017 WY 51

*April Term, A.D. 2017*

**May 10, 2017**

KEITH E. MATTERI,

**Appellant
(Defendant),**

**v.**                                                                S-16-0257

**THE STATE OF WYOMING,**

**Appellee
(Plaintiff).**

### ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Pursuant to a plea agreement, Appellant entered unconditional pleas of "*nolo contendere*" to two counts:  possession of methamphetamine with intent to deliver and aggravated assault and battery.  Wyo. Stat. Ann. § 35-7-1031(a)(i) and § 6-2-502(a)(i).  The district court imposed consecutive sentences of 8 to 12 years and 4½ to 6 years.  Appellant filed this appeal to challenge the district court's June 20, 2016, "Judgment Upon Pleas of *Nolo Contendere*" and its September 8, 2016, "Sentence."

[¶2]    On March 9, 2017, Appellant's court-appointed appellate counsel e-filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief."  This Court ordered that, on or before April 24, 2017, Appellant "may file with this Court a *pro se* brief specifying the issues he would like this Court to consider in this appeal."  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal."  The Court notes that Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's "Judgment Upon Pleas of *Nolo Contendere*" and its "Sentence" should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Keith E. Matteri, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the district court's June 20, 2016, "Judgment Upon Pleas of *Nolo Contendere*" and its September 8, 2016, "Sentence," which were entered in district court criminal cases 7097 and 7516, be, and the same hereby are, affirmed.

    **DATED** this 10th day of May, 2017.

                    BY THE COURT:

                    /s/

                    **E. JAMES BURKE**
                    **Chief Justice**